**Order entered July 18, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-22-00678-CV

---

## IN THE INTEREST OF N.M. AND C.M., CHILDREN

---

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-19961**

---

### ORDER
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

In his notice of appeal, appellant states he is appealing the trial court's June 29, 2022 "Order on OAG's Motion to Modify, Correct or Reform Judgment or In the Alternative, Motion to Clarify and Order Renicke Reshaud Moss Request for De Novo Hearing". Before the Court is appellant's July 13, 2022 motion requesting that we stay enforcement of the June 29 order because it is causing him hardship.[1] Appellant asserts the trial court lacked jurisdiction to render the order. He asserts that, on May 25, 2022, "the previous orders were vacated with

---

[1] According to the trial court's website, appellant also filed a motion to stay in the trial court on July 13.

prejudice" by the trial court. The trial court's website, however, does not reflect that the trial court signed an order on May 25, 2022.

Because the trial court's website does not reflect the trial court signed an order vacating previous orders as suggested by appellant and appellant has provided no reason other than hardship to support a stay, we **DENY** the motion.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE